GROTTA, GLASSMAN & HOFFMAN, P.C.
Attorneys for Defendant Cynthia Holloway
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 992-4800
KRM/6328

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | Case No. 05-cv-2264 (JBS)(AMD) |
| Plaintiff, | |
| vs. | |
| JAMES DOYLE, CYNTHIA HOLLOWAY, MICHAEL GARNETT, MARK MACCARIELLA and the PITWU HEALTH AND WELFARE FUND | **ANSWER TO CROSS-CLAIM OF JAMES DOYLE FOR CONTRIBUTION AND INDEMNIFICATION** |
| Defendants. | |
| CYNTHIA HOLLOWAY, | |
| Crossclaimant and Third-Party Plaintiff, | |
| vs. | |
| MICHAEL GARNETT, MARK MACARIELLA, DAVID WEINSTEIN, UNION PRIVILEGE CARE, INC., DANTE GEORENO, FRANK MILITELLO, TIM FOSTER, NEAL GOLDSTEIN and FREEDMAN & LORRY, and THE MCKEOUGH COMPANY, | |
| Third-Party Defendants. | |

Now comes Defendant Cynthia Holloway, by and through counsel and pursuant to the Rule 15 of the Federal Rules of Civil Procedure, and files the within as her Answer to the Cross-claim of James Doyle Contribution and Indemnification:

## ANSWER

1. Holloway admits the allegations of paragraph 1 of the Cross-claim of James Doyle.

2. Holloway denies any contribution obligation to James Doyle.

3. Holloway denies any indemnification obligation to James Doyle.

WHEREFORE, Holloway requests judgment dismissing the Cross-claim against her in its entirety.

GROTTA, GLASSMAN & HOFFMAN, P.C.<br>
Attorneys for Defendant Cynthia Holloway<br><br>
By: _____<br>
KEITH R. McMURDY<br>
For the Firm

Dated: October 20, 2005

GROTTA, GLASSMAN
& HOFFMAN, P.A.
COUNSELLORS AT LAW
75 LIVINGSTON AVENUE
ROSELAND, N.J. 07068

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Answer of Holloway to be served upon:

Louis De Bernardo, Esq.
Office of the Solicitor
U.S. Department of Labor
201 Varick Street – Room 983
New York, New York 10014

Michael Garnett
1211 Sandpiper Lane
Lantana, Florida 33462

John L. Slimm, Esq.
Marshall, Denehey, Werner, Coleman & Goggin, P.C.
Woodland Falls Corporate Park
200 Lake Drive East, Suite 300
Cherry Hill, New Jersey 08002

Sandra Russo

Dated: October 20, 2005

512545_1.DOC

GROTTA, GLASSMAN
& HOFFMAN, P.A.
COUNSELLORS AT LAW
75 LIVINGSTON AVENUE
ROSELAND, N.J. 07068

3